## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>**Plaintiff,**<br><br>v.<br><br>Foster and Monroe LLC, and Frederick Daniel, Mark Roberts and John/Jane Does 1-5<br><br>**Defendants** | §§§§§§§§§§ Civil Action No. 4:19-cv-00351-ALM-CAN |
| | |

## **NOTICE OF SETTLEMENT**

Plaintiff Craig Cunningham and Defendants Foster and Monroe LLC, Frederick Daniel, and Mark Roberts (collectively, the "Parties") notify the Court that they have reached an agreement in principle to settle this matter. Accordingly, the Parties respectfully ask the Court to (1) vacate all case deadlines and (2) provide the Parties with thirty days to memorialize the terms of their settlement in a formal settlement agreement – after which time this case will be voluntarily dismissed.

Dated: January 13, 2020                                        Respectfully submitted,

        */s/     Leland McRae*
Leland McRae
State Bar No. 24086374
1150 N. Loop 1604 W, Ste. 108-461
San Antonio, Texas 78248
Phone: (210) 569-0434
leland@lelandmcrae.com

*Counsel for Plaintiff Craig Cunningham*

/s/ Eugene Xerxes Martin, IV
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
MALONE FROST MARTIN PLLC
8750 North Central Expressway
NCX Building, Suite 18501
Dallas, Texas   75231100
TEL: (214) 346-2630
FAX: (214) 346-2631

*COUNSEL FOR DEFENDANTS FOSTER AND MONROE, LLC AND DANIEL FREDERICK*